THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL STANGER, Appellant.

(Submitted October 14, 1936; decided November 17, 1936.)

*Samuel Segal* for appellant.

*William Copeland Dodge*, District Attorney (*Edwin J. Talley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CROUCH, J., taking no part.